# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-7881
JCLAY@JONESDAY.COM

April 12, 2021

BY ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

    Re:    *Klaus v. M&T Bank Corp., et al.*, No. 1:20-cv-6179 (S.D.N.Y.)
              Joint Motion for Extension of Discovery Period

Dear Judge Engelmayer:

      Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Sandra Klaus ("Plaintiff") (collectively, the "Parties"), by counsel, jointly request an extension of the discovery period by thirty (30) days.[1] This is the Parties' second extension request with respect to extending the discovery period.

      The Parties request a thirty (30) day extension of the deadlines for Fact Discovery and Expert Discovery, making the new deadlines as such:

      1. Fact Discovery shall be completed by 5/12/2021; and
      2. Expert Discovery shall be completed by 6/25/2021.

      The Parties have been diligently engaging in settlement negotiations with the goal of resolving this matter without the need for remote depositions. The Parties represent that the settlement negotiations have been fruitful and the Parties are optimistic of a settlement prior to the scheduled May 10, 2021 case management conference.

      The Parties have begun to discuss options for scheduling remote depositions should they become necessary. Remote depositions require significantly more lead time than in-person depositions, as the Parties must agree on the software platform, the court reporting vendor, and the deposition protocols that will govern during and after the depositions. For these reasons, the

---

[1] Defendant M&T Bank Corp. does not object to the Parties' request for an extension of the discovery deadlines.

The Honorable Paul A. Engelmayer
April 12, 2021
Page 2

Parties respectfully request an extension of the discovery deadlines in this case, to allow the Parties to complete fact discovery by May 12, 2021, and to complete expert discovery by June 25, 2021.

Respectfully submitted,

Dated: April 12, 2021

/s/ Juliana S. Clay
Juliana Clay
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-7881
jclay@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Abel L. Pierre
Abel L. Pierre
LAW OFFICE OF ABEL L. PIERRE, PC
140 Broadway, 46th Floor
New York, NY 10005
Tel: (212) 766-3323
abel@apierrelaw.com

*Attorney for Plaintiff*
*Sandra Klaus*

On April 13, 2021, the Court directed the parties to file a status update as to the potential for settlement by May 5, 2021. No such update has been filed. The parties are directed to file that status update in advance of the conference presently scheduled for May 10, 2021, which states whether that conference should be adjourned, by noon on May 7, 2021.
SO ORDERED.

*Paul A Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
5/6/2021