UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA KLAUS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M&T BANK CORPORATION and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,　　　Defendant. | CASE NO.: 1:20-CV-06179-PAE<br><br>**NOTICE OF SETTLEMENT<br>OF PLAINTIFF'S CLAIMS<br>AGAINST DEFENDANT<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.** |

**PLEASE TAKE NOTICE** that the Plaintiff SANDRA KLAUS and her counsel, hereby give notice that the Plaintiff has resolved her claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") only, in the above-captioned action. The Plaintiff requests forty-five (45) days to file a stipulation of dismissal of Plaintiff's claims as to EXPERIAN.

Dated: May 7, 2021

Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York, NY 10005
Email: abel@apierrelaw.com

*Counsel for Plaintiff*