UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA KLAUS,

                       Plaintiff,

-v-

M&T BANK CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,

                     Defendants.

20 Civ. 6179 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

     A case management conference is hereby scheduled in this case for July 19, 2021 at 2:00 p.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than July 7, 2021, in accordance with Rule 3.H of the Court's Individual Rules. Any opposition will be due July 14, 2021.

     SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 17, 2021
       New York, New York