UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA KLAUS,<br><br>      Plaintiff,<br><br>    v.<br><br>M&T BANK CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | CASE NO.: 20-CV-6179 (PAE)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff **SANDRA KLUAS** hereby voluntarily dismisses this action against Defendant **M&T BANK CORPORATION** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorneys' fees to either party as against the other.

An executed faxed or electronic copy of this Stipulation shall be deemed as a signed original.

Dated: July 14, 2021

_____

Abel L. Pierre, Esq.
Law Office of Abel L. Pierre, PC
140 Broadway, 46th Floor
New York, NY 10005
Tel: (212) 766-3323
Fax: (212) 766-3322
abel@apierrelaw.com
*Counsel for Plaintiff*

_____

Carmine J. Castellano
Hodgson Russ LLP
605 Third Avenue, Suite 2300
New York, NY 10158
(212) 751-4300
ccastell@hodgsonruss.com
*Attorneys for Defendant M&T Bank*